

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00344-CV

IN RE JOSE MANUEL GONZALES                    RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. JP01-15-PH00000029

----------

### MEMORANDUM OPINION[1]

----------

Relator Jose Manuel Gonzales filed a petition for writ of mandamus directed to Judge Ralph Swearingin Jr. of Tarrant County Justice Court, Precinct One. However, we may issue writs of mandamus only against a district judge or county judge sitting in our district or to enforce our jurisdiction. *See* Tex. Const. art. V, § 6(a); Tex. Gov't Code Ann. § 22.221(b) (West 2004). Accordingly, we have no jurisdiction to issue a writ of mandamus against justices of the peace.

---

[1]*See* Tex. R. App. P. 47.4.

*See In re Moreno*, No. 03-15-00615-CV, 2015 WL 5919248, at *1 (Tex. App.—Austin Oct. 7, 2015, orig. proceeding) (dismissing for want of jurisdiction mandamus petition directed to justice of the peace).

The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

/s/ Anne Gardner
ANNE GARDNER
JUSTICE

PANEL: GARDNER, WALKER, and GABRIEL, JJ.

DELIVERED: November 10, 2015

2